**ATTORNEYS FOR FREEDOM LAW FIRM**
3185 S. Price Road
Chandler, Arizona 85248
Telephone: (480) 755-7110
Fax: (480) 857-0150
**Marc J. Victor – SBN 016064**
Marc@AttorneysForFreedom.com
Attorney for Defendant

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| United States of America, | ) | |
|---|---|---|
| Plaintiff, | ) | NO. 18-mj-00105-MHB |
| v. | ) | UNOPPOSED MOTION TO EXTEND TIME TO COMPLY WITH RELEASE ORDER |
| Douglas Haig, | ) | |
| Defendant. | ) | *Expedited Consideration Requested* |

Defendant, Douglas Haig, by and through undersigned counsel, respectfully requests this Court extend his deadline to remove weapons, ammunition, reloading and ammunition equipment, and firearms from his possession or home forty-eight (48) hours past the current deadline of February 7, 2018 at 5:00 pm.

Additional time is needed to find a person with the appropriate credentials to take possession of the weapons and related items.

Undersigned counsel has been informed U.S. Pretrial Services and the Government do not oppose this Motion.

//

THEREFORE, Defendant respectfully requests this Court extend his deadline to remove weapons, ammunition, reloading and ammunition equipment, and firearms from his possession or home forty-eight (48) hours until 5:00 pm on Friday, February 9, 2018.

RESPECTFULLY SUBMITTED this 7th day of February, 2018.

ATTORNEYS FOR FREEDOM LAW FIRM

By: *Marc J. Victor*
Marc J. Victor
Attorney for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on February 7, 2018, I filed the Original with the Clerk of the Court using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/CEF registrants:

Kristin Brook, Esq.

Emailed to chambers:

HONORABLE MICHELLE H. BURNS
United States District Court
Sandra Day O'Connor U.S. Courthouse, Suite 323
401 West Washington Street, SPC 12
Phoenix, AZ 85003-2120
burns_chambers@azd.uscourts.gov


*/s/ Andrea Yirak*