UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>               Plaintiff,<br><br>   v.<br><br>Douglas Haig,<br><br>               Defendant. | NO. 18-mj-00105-MHB<br><br>ORDER TO EXTEND TIME TO COMPLY WITH RELEASE ORDER |

    Pursuant to Defendant's Motion to Extend Time to Comply with Release Order, the Government and Pretrial Services having no objections, and good cause shown,

    IT IS ORDERED extending the deadline to comply with this Court's Order to remove weapons, ammunition, reloading and ammunition equipment, and firearms from Defendant's possession or house until **Friday, February 9, 2018 at 5:00 pm**.

    DATED this _____ day of _____, 2018.

                                                                                  Honorable Judge
                                                                                 United States District Court