IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| United States of America,<br><br>    Plaintiff,<br><br>v.<br><br>Douglas Haig,<br><br>    Defendant. | No.   18-105MJ<br><br>**O R D E R** |
|---|---|

The Court having reviewed the Unopposed Motion to Extend Time to Comply with Release Order (Doc. 7),

IT IS ORDERED granting the Unopposed Motion (Doc. 7),

IT IS FURTHER ORDERED extending the deadline to comply with this Court's Order to remove weapons, ammunition, reloading and ammunition equipment, and firearms from Defendant's possession or house until **Friday, February 9, 2018 at 5:00 pm**.

IT IS FURTHER ORDERED that all other conditions of release imposed will remain the same unless otherwise ordered by this Court.

The Court finds excludable delay under 18 U.S.C. § 3161 (h)(7) from ____ to _____.

DATED this 7th day of February, 2018.

_Michelle H. Burns_
Michelle H. Burns
United States Magistrate Judge