**ATTORNEYS FOR FREEDOM LAW FIRM**
3185 S. Price Road
Chandler, Arizona 85248
Telephone: (480) 755-7110
Fax: (480) 857-0150
**Marc J. Victor – SBN 016064**
Marc@AttorneysForFreedom.com
Attorney for Defendant

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | ) |
| | ) |
| Plaintiff, | ) NO. 18-mj-00105-MHB |
| | ) |
| v. | ) DEFENDANT'S UNOPPOSED MOTION |
| | ) TO CONTINUE STATUS HEARING |
| Douglas Haig, | ) |
| | ) ***Expedited Consideration Requested*** |
| Defendant. | ) |
| | ) |

Defendant, Douglas Haig, by and through undersigned counsel, respectfully requests this Court continue the Status Hearing currently scheduled for February 15, 2018 at 11:00 am for thirty (30) days.

The Government is preparing Discovery in this matter. Undersigned counsel has been informed Discovery will be provided to the Defendant before the end of the week. Additional time will be needed in order to review the Discovery and consider the possibility of a pre-indictment resolution.

Undersigned counsel has contacted counsel for the Government, Ms. Cristina Silva, Esq., and she has no objections to this Motion.

The Defendant is aware of the relief sought herein, is in full agreement with same, and waives time under 18 U.S.C. Section 3142 in order to reschedule this matter.

This Motion is made in good faith and not for purposes of delay. The ends of justice served by granting this motion outweigh the best interests of the public and the Defendant in a speedy Trial.

Undersigned counsel expect that excludable delay under Title 18 U.S.C. Section 3161(h)(7)(A) and 3161(h)(7)(B)(i) may occur as a result of the motion or from an order based thereon.

THEREFORE, Defendant respectfully requests this Court continue the Status Hearing currently scheduled for February 15, 2018 at 11:00 am for thirty (30) days.

RESPECTFULLY SUBMITTED this 13th day of February, 2018.

ATTORNEYS FOR FREEDOM LAW FIRM

By: *Marc J. Victor*
Marc J. Victor
Attorney for Defendant

CERTIFICATE OF SERVICE

1

2   I hereby certify that on February 13, 2018, I filed the Original with the Clerk of the Court using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to
3   the following CM/CEF registrants:

4
Kristin Brook, Esq.
5   Cristina Silva, Esq.

6   Emailed to chambers:

7
HONORABLE BRIDGET S. BADE
8   United States District Court
Sandra Day O'Connor U.S. Courthouse, Suite 324
9   401 West Washington Street, SPC 76
Phoenix, AZ 85003-2120
10  bade_chambers@azd.uscourts.gov

11

12

13
*/s/ Andrea Yirak*
14

15

16

17

18

19

20

21

22

23

24

25