# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>        Plaintiff,<br><br>v.<br><br>Douglas Haig,<br><br>        Defendant. | No. 18-00105MJ<br><br>**ORDER** |

The Court has considered Defendant's Unopposed Motion to Continue Status Hearing (Doc. 9), and good cause appearing,

**IT IS ORDERED** the status hearing presently set for February 15, 2018 is reset to **March 15, 2018 at 11:00 a.m.** before Magistrate Judge Michelle H. Burns, Sandra Day O'Connor U.S. Courthouse, 401 W. Washington Street, Phoenix, Arizona 85003, Courtroom 303.

**IT IS FURTHER ORDERED** that excludable delay under Title 18 U.S.C. § 3161(h)_____ will commence on _____ for a total of _____ days.

Dated this 13th day of February, 2018.

_____
Bridget S. Bade
United States Magistrate Judge