# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>        Plaintiff,<br><br>v.<br><br>Douglas Haig,<br><br>        Defendant. | No. 18-00105MJ-001-PHX-MHB<br><br>**ORDER MODIFYING CONDITIONS OF PRETRIAL RELEASE** |

The Court having reviewed a Memorandum from Pretrial Services dated March 1, 2018, the Court held a Status Hearing with counsel: Defendant's presence was waived for purposes of the hearing. Considering the Pretrial Services Memorandum, and the information presented in Court:

**IT IS ORDERED** modifying the Order Setting Conditions of Release dated February 2, 2018 as follows:

1. Defendant shall remove all gun powder from his residence.

2. Any ammunition canisters shall be left open during visits by US Pretrial Services Officers.

3. Defendant shall remove any blank ammunition from his residence.

4. Defendant shall remove all ammunition from his residence. Ammunition is defined, for purposes of this Order, in 18 U.S.C. § 921(17)(A), as "ammunition or cartridge cases, primers, bullets, or propellant powder designed for use in any firearm."

\\\
\\\

IT IS FURTHER ORDERED that Defendant meet with US Pretrial and sign an acknowledgement of these conditions, within 48 hours.

DATED this 5th day of March, 2018

_____
Honorable Michelle H. Burns
United States Magistrate Judge