1

2

3

4

5

6          IN THE UNITED STATES DISTRICT COURT

7              FOR THE DISTRICT OF ARIZONA

8

9   United States of America,               No. 18-00105MJ-001-PHX-MHB

10              Plaintiff,                   **ACKNOWLEDGEMENT ORDER
                                             MODIFYING   CONDITIONS   OF**
11  v.                                       **PRETRIAL RELEASE**

12  Douglas Haig,

13              Defendant.

14

15          **IT IS ORDERED** modifying the Order Setting Conditions of Release dated

16  February 2, 2018 as follows:

17  ~~1.~~ Defendant shall remove all gun powder from his residence.

18  ~~2.~~ Any ammunition canisters shall be left open during visits by US Pretrial

19  Services Officers.

20  ~~3.~~ Defendant shall remove any blank ammunition from his residence.

21  ~~4.~~ Defendant shall remove all ammunition from his residence. Ammunition is

22  defined, for purposes of this Order, in 18 U.S.C. § 921(17)(A), as "ammunition or

23  cartridge cases, primers, bullets, or propellant powder designed for use in any

24  firearm."

25  DATED: _3/5/18_

26

27  _____
    Douglas Haig
28  Defendant