**ATTORNEYS FOR FREEDOM LAW FIRM**
3185 S. Price Road
Chandler, Arizona 85248
Telephone: (480) 755-7110
Fax: (480) 857-0150
**Marc J. Victor – SBN 016064**
Marc@AttorneysForFreedom.com
Attorney for Defendant

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | ) |
| | ) |
| Plaintiff, | ) No. 18-mj-00105-MHB |
| | ) |
| v. | ) DEFENDANT'S UNOPPOSED MOTION |
| | ) TO CONTINUE STATUS HEARING |
| Douglas Haig, | ) |
| | ) |
| Defendant. | ) |
| | ) |

Defendant, Douglas Haig, by and through undersigned counsel, respectfully requests this Court continue the Status Hearing currently scheduled for March 15, 2018 at 11:00 am for thirty (30) days.

The parties are in the process of making arrangements for defense's inspection of the evidence. Furthermore, after the evidence is inspected, the parties will require additional time to discuss a pre-indictment resolution.

Undersigned counsel has contacted counsel for the Government, Ms. Cristina Silva, and she has no objections to this Motion.

The Defendant is aware of the relief sought herein, is in full agreement with same, and waives time under 18 U.S.C. Section 3142 in order to reschedule this matter.

This Motion is made in good faith and not for purposes of delay. The ends of justice served by granting this motion outweigh the best interests of the public and the Defendant in a speedy Trial.

Undersigned counsel expects that excludable delay under Title 18 U.S.C. Section 3161(h)(7)(A) and 3161(h)(7)(B)(i) may occur as a result of the motion or from an order based thereon.

THEREFORE, Defendant respectfully requests this Court continue the Status Hearing currently scheduled for March 15, 2018 at 11:00 am for thirty (30) days. Undersigned counsel proposes the Status Hearing be continued to April 16 or April 17, 2018 in the morning.

RESPECTFULLY SUBMITTED this 7th day of March, 2018.

ATTORNEYS FOR FREEDOM LAW FIRM

By:  *Marc J. Victor*
     Marc J. Victor
     Attorney for Defendant

CERTIFICATE OF SERVICE

    I hereby certify that on March 7, 2018, I filed the Original with the Clerk of the Court using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/CEF registrants:

Kristen Brook, Esq.

Emailed to chambers:

HONORABLE MICHELLE H. BURNS
United States District Court
Sandra Day O'Connor U.S. Courthouse, Suite 323
401 West Washington Street, SPC 12
Phoenix, AZ 85003-2120
burns_chambers@azd.uscourts.gov

Copy emailed to:

Cristina Silva, Esq.
Cristina.Silva@usdoj.gov


/s/ Andrea Yirak