# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Douglas Haig,<br><br>　　　　　Defendant. | No. 18-00105MJ<br><br>**ORDER** |

The Court has considered Defendant's unopposed Motion to Continue Status Hearing (Doc. 16), and good cause appearing,

**IT IS ORDERED** the motion is **GRANTED**. The status hearing currently set for March 15, 2018 is reset for **April 16, 2018 at 11:00 a.m.** before Magistrate Judge John Z. Boyle, Sandra Day O'Connor U.S. Courthouse, 401 W. Washington Street, Phoenix, Arizona 85003, Courtroom 302.

**IT IS FURTHER ORDERED** that excludable delay under Title 18 U.S.C. § 3161(h)_____ will commence on _____ for a total of _____days.

Dated this 8th day of March, 2018.

_____
Bridget S. Bade
United States Magistrate Judge