# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. 18-00105MJ |
| Plaintiff, | **ORDER** |
| v. | |
| Douglas Haig, | |
| Defendant. | |

Defendant has filed an unopposed Motion to Continue the April 16, 2018 Status Hearing, and asks the Court to continue the status hearing for 30 days. (Doc. 18.) Defendant states that he requires additional time to prepare for the status hearing because the parties are awaiting the results of additional forensic examinations and reports, which have great significance to the future hearings scheduled in the case and to a potential pre-indictment resolution. (*Id*.) Defendant also states that he expects excludable delay under 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(B)(i) may result from the motion and any order based on the motion. (*Id*.)

Based on Defendant's representations, the Court finds that the ends of justice served by allowing Defendant additional time to obtain important forensic reports, and review those reports in preparation for future hearings, outweigh the best interest of the public and Defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A). The Court finds that denying the motion for a continuance would deny counsel for Defendant the reasonable time necessary for effective preparation. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

Accordingly,

**IT IS ORDERED** that Defendant's Unopposed Motion to Continue the April 16, 2018 Status Hearing (Doc. 18) is **GRANTED**. The status hearing currently set for April 16, 2018 is continued to **May 21, 2018 at 10:00 a.m.** before Magistrate Judge Eileen S. Willett, Sandra Day O'Connor U.S. Courthouse, 401 W. Washington Street, Phoenix, Arizona 85003, Courtroom 606.

**IT IS FURTHER ORDERED** that excludable delay under Title 18 U.S.C. § 3161(h)_____ will commence on _____ for a total of _____ days.

Dated this 12th day of April, 2018.

_____
Bridget S. Bade
United States Magistrate Judge