**ATTORNEYS FOR FREEDOM LAW FIRM**
3185 S. Price Road
Chandler, Arizona 85248
Telephone: (480) 755-7110
Fax: (480) 857-0150
**Marc J. Victor – SBN 016064**
Marc@AttorneysForFreedom.com
Attorney for Defendant

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | ) |
| | ) |
| Plaintiff, | ) No. 18-mj-00105-MHB |
| | ) |
| v. | ) DEFENDANT'S UNOPPOSED |
| | ) MOTION TO CONTINUE MAY 21, |
| Douglas Haig, | ) 2018 STATUS HEARING |
| | ) |
| Defendant. | ) |
| | ) |

Defendant, Douglas Haig, by and through undersigned counsel, respectfully requests this Court continue the Status Hearing currently scheduled for May 21, 2018 at 10:00 am for thirty (30) days.

The parties are still awaiting the results of further forensic examinations and reports, which bear great significance to the future hearings scheduled in this case, and the potential for a pre-indictment resolution. The Government informs counsel that supplemental testing has been conducted and those results are not yet available. Furthermore, after these reports are received, the parties will require additional time to prepare for the scheduled hearing or

conclude a pre-indictment resolution. The parties expect this to be the last request for a continuance in this matter.

Undersigned counsel has contacted counsel for the Government, Mr. Patrick Burns, and he supports this request and has no objection.

The Defendant is aware of the relief sought herein, is in full agreement with same, and waives time under 18 U.S.C. Section 3142 in order to reschedule this matter.

This Motion is made in good faith and not for purposes of delay. The ends of justice served by granting this motion outweigh the best interests of the public and the Defendant in a speedy trial.

Undersigned counsel expects that excludable delay under Title 18 U.S.C. Section 3161(h)(7)(A) and 3161(h)(7)(B)(i) may occur as a result of the motion or from an order based thereon.

THEREFORE, Defendant respectfully requests this Court continue the Status Hearing currently scheduled for May 21, 2018 at 10:00 am for thirty (30) days. Undersigned counsel proposes the Status Hearing be continued to June 22, 2018.

                RESPECTFULLY SUBMITTED this 14th day of May, 2018.

                ATTORNEYS FOR FREEDOM LAW FIRM

       By: *Marc J. Victor*
           Marc J. Victor
           Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on May 14, 2018, I filed the Original with the Clerk of the Court using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/CEF registrants:

Kristen Brook, Esq.

Emailed to chambers:

HONORABLE EILEEN S. WILLETT
United States District Court
Sandra Day O'Connor U.S. Courthouse, Suite 321
401 West Washington Street, SPC 13
Phoenix, AZ 85003-2120
willett_chambers@azd.uscourts.gov

Copy emailed to:

Patrick Burns, Esq.
John.P.Burns@usdoj.gov


*/s/ Andrea Yirak*