# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. 18-00105MJ |
| Plaintiff, | **ORDER** |
| v. | |
| Douglas Haig, | |
| Defendant. | |

Defendant has filed a fourth motion to continue the status hearing regarding the preliminary hearing, which was originally scheduled or February 15, 2018. (Doc. 2 (setting status hearing for February 15, 2018), Doc. 9 (first motion to continue staus hearing, filed February 13, 2018), Doc. 16, (second motion to continue status hearing, filed March 7, 2017), Doc. 18 (third motion to continue status hearing, filed April 12, 2018), and Doc. 20 (fourth motion to continue status hearing, filed May 14, 2018).) The status hearing is currently set for May 21, 2018, and Defendant requests another continuance of 30 days for the status hearing. (Doc. 20.) As asserted in his earlier motions, Defendant again states that he requires additional time to prepare for the status hearing because the parties are still awaiting the results of additional forensic examinations and reports, which have great significance to the future hearings scheduled in the case and to a potential pre-indictment resolution. (*Id*.) Defendant also states that he expects excludable delay under 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(B)(i) may result from the motion and any order based on the motion. (*Id*.)

Based on Defendant's representations, the Court finds that the ends of justice served by allowing Defendant additional time to obtain important forensic reports, and review those reports in preparation for future hearings, outweigh the best interest of the public and Defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A). The Court finds that denying the motion for a continuance would deny counsel for Defendant the reasonable time necessary for effective preparation. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

Accordingly,

**IT IS ORDERED** that Defendant's Unopposed Motion to Continue the May 21, 2018 Status Hearing (Doc. 20) is **GRANTED**. The status hearing currently set for May 21, 2018 is continued to **June 21, 2018 at 10:00 a.m.** before Magistrate Judge Bridget S. Bade, Sandra Day O'Connor U.S. Courthouse, 401 W. Washington Street, Phoenix, Arizona 85003, Courtroom 304.

**IT IS FURTHER ORDERED** that excludable delay under Title 18 U.S.C. § 3161(h)_____ will commence on _____ for a total of _____days.

Dated this 15th day of May, 2018.

_____
Bridget S. Bade
United States Magistrate Judge