**ATTORNEYS FOR FREEDOM LAW FIRM**
3185 S. Price Road
Chandler, Arizona 85248
Telephone: (480) 755-7110
Fax: (480) 857-0150
**Marc J. Victor – SBN 016064**
Marc@AttorneysForFreedom.com
Attorney for Defendant

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. 18-mj-00105-MHB |
| Plaintiff, | |
| v. | DEFENDANT'S UNOPPOSED MOTION TO CONTINUE STATUS HEARING |
| Douglas Haig, | |
| Defendant. | **\*Expedited Consideration Requested\*** |

Defendant, Douglas Haig, by and through undersigned counsel, respectfully requests this Court continue the Status Hearing currently scheduled for July 24, 2018 at 9:30 am for thirty (30) days.

Undersigned counsel has been informed Counsel for the Government will be out of State in training on July 24, 2018 and shortly after starting a Trial on July 30, 2018. The parties received initial results of further forensic examinations and reports, which bear great significance to the future hearings scheduled in this case, and the potential for a

pre-indictment resolution.  Additional time is needed in order to review these reports and confer with defense's expert.  The parties expect this to be the last request for a continuance in this matter.

Undersigned counsel has contacted counsel for the Government, Mr. Patrick Burns, and he supports this request and has no objection.

The Defendant is aware of the relief sought herein, is in full agreement with same, and waives time under 18 U.S.C. Section 3142 in order to reschedule this matter.

This Motion is made in good faith and not for purposes of delay.  The ends of justice served by granting this motion outweigh the best interests of the public and the Defendant in a speedy trial.

Undersigned counsel expects that excludable delay under Title 18 U.S.C. Section 3161(h)(7)(A) and 3161(h)(7)(B)(i) may occur as a result of the motion or from an order based thereon.

THEREFORE, Defendant respectfully requests this Court continue the Status Hearing currently scheduled for July 24, 2018 at 9:30 am for thirty (30) days.  **Undersigned counsel proposes the Status Hearing be continued to August 28, 2018 in the morning after 10:00 am.**

//

//

//

//

RESPECTFULLY SUBMITTED this 23rd day of July, 2018.

ATTORNEYS FOR FREEDOM LAW FIRM

By: <u>*Marc J. Victor*</u>
    Marc J. Victor
    Attorney for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on July 23, 2018, I filed the Original with the Clerk of the Court using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/CEF registrants:

Kristen Brook, Esq.

Emailed to chambers:

HONORABLE DEBORAH M. FINE
United States District Court
123 North San Francisco Street, Suite 200
Flagstaff, AZ 86001
fine_chambers@azd.uscourts.gov

Copy emailed to:

Patrick Burns, Esq.
John.P.Burns@usdoj.gov

*/s/ Andrea Yirak*